FILED
 2012 Aug-06  AM 08:50
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **LYNDA M. CREASY, *et al.*,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| vs. ) | **Case No. 11-cv-3813-CLS-NW** |
| ) | |
| **ARMSTRONG** ) | |
| **INTERNATIONAL, INC., *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

This case is before the court pursuant to five joint stipulations of dismissal filed by plaintiffs and defendants Armstrong International, Inc.;[1] Daniel International Corporation and Fluor Daniel Services Corporation;[2] Honeywell International, Inc.;[3] John Crane, Inc.;[4] and SEPCO Corporation.[5]

Pursuant to those joint stipulations of dismissal, all claims asserted by plaintiffs against defendant Armstrong International, Inc., are due to be, and the same hereby are, DISMISSED *with* prejudice.  All claims asserted by plaintiffs against defendants Daniel International Corporation, Fluor Daniel Services Corporation, Honeywell International, Inc., John Crane, Inc., and SEPCO Corporation are due to be, and the

---

[1] Doc. no. 115.
[2] Doc. no. 116.
[3] Doc. no. 117.
[4] Doc. no. 118.
[5] Doc. no. 119.

same hereby are, DISMISSED *without* prejudice.

Costs are taxed as paid. This case remains pending against all other defendants.

DONE and ORDERED this 6th day of August, 2012.

_____
United States District Judge