FILED

2012 Aug-13  AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **LYNDA M. CREASY; CECIL OWENS;<br>and REGINA D. PARKER, as personal<br>representative of the Estate of DAVID<br>HAROLD PARKER, deceased,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO.:** |
| **v.** | ) ) | **3:11-cv-03813-CLS-NW** |
| **ARMSTRONG INTERNATIONAL, INC.,<br>et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT FMC CORPORATION**

COME NOW plaintiffs Lynda M. Creasy, Cecil Owens, and Regina D. Parker as

Personal Representative of the Estate of David Harold Parker, Deceased, and defendant FMC

Corporation on behalf of its former Peerless Pump business, improperly sued as "FMC

Corporation, individually and as successor in interest to Peerless Pump Co." (hereinafter,

"FMC"), and hereby move this Honorable Court to enter an order dismissing without prejudice

all claims asserted by the plaintiffs against FMC in the above-referenced matter, each party to

bear their own costs.  Plaintiffs reserve the right to proceed with claims against the remaining

defendants in this action.  For the convenience of the Court, a proposed dismissal Order is

attached.

Respectfully submitted this 13th day of August 2012.

/s/ G. Patterson Keahey             /s/ Allan R. Wheeler

G. Patterson Keahey, Jr., ASB-6357-A64G     Allan R. Wheeler, ASB-4726-R49A

Attorney for Plaintiffs                      Attorney for Defendant

LAW OFFICE OF G. PATTERSON KEAHEY     FMC CORPORATION

One Independence Plaza, Suite 612           BURR & FORMAN LLP

Birmingham, AL 35209                   420 North 20th Street, Suite 3400

Tel: (205) 871-0707                      Birmingham, AL 35203

Fax: (205) 871-0801                     Tel: (205) 458-5235

                                        Fax: (205) 244-5741

## CERTIFICATE OF SERVICE

I, **Allan R. Wheeler**, hereby certify that on August 13, 2012, I electronically filed the foregoing **Joint Motion for Dismissal Without Prejudice of Defendant FMC Corporation** with the Clerk of the Court using the CM/ECF system which will provide notification of such filing to all counsel of record.

                               /s/Allan R. Wheeler

                               OF COUNSEL