FILED
2013 Mar-14 AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA-NORTHWESTERN DIVISION

| | |
|---|---|
| **LYNDA M. CREASY, et al.**     ) | |
| )            | |
| **PLAINTIFFS,**                  ) | **Civil Action No.:** |
| )            | |
| **V.**                                     ) | **3:11-cv-03813-CLS** |
| )            | |
| **ARMSTRONG**                 ) | |
| **INTERNATIONAL, INC., et al.** ) | |
| )            | |
| **DEFENDANTS.**            ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN NAMED DEFENDANTS

COME NOW the plaintiffs in the above-styled case, through counsel of record, and under Rule 4(m) of the Federal Rules of Civil Procedure, voluntarily dismiss DAVIS ELECTRICAL CONTRACTORS, INC., DURABLA MANUFACTURING COMPANY, ANCHOR DARLING VALVE COMPANY, INGERSOLL-DRESSER PUMP COMPANY, TYCO INTERNATIONAL U.S. INC., and NATIONAL SERVICE INDUSTRIES, INC., from this cause of action without prejudice. This notice of voluntary dismissal is effective only as to Plaintiffs' claims against DAVIS ELECTRICAL CONTRACTORS, INC. DURABLA MANUFACTURING COMPANY, ANCHOR DARLING VALVE COMPANY, INGERSOLL-DRESSER PUMP COMPANY, TYCO INTERNATIONAL U.S. INC., and NATIONAL SERVICE INDUSTRIES, INC. It does not alter Plaintiffs' claims against the remaining defendants. For this dismissal, Plaintiffs reserve the right to pursue in any bankruptcy action,

bankruptcy estate, or trust created by a bankruptcy action or bankruptcy estate, any and all asbestos claims viable on the filing date of this matter against DAVIS ELECTRICAL CONTRACTORS, INC. DURABLA MANUFACTURING COMPANY, ANCHOR DARLING VALVE COMPANY, INGERSOLL-DRESSER PUMP COMPANY, TYCO INTERNATIONAL U.S. INC., and NATIONAL SERVICE INDUSTRIES, INC., and any defendant who was previously or is subsequently placed in bankruptcy (voluntarily or involuntarily).

Plaintiffs reserve the right to pursue all claims they may have against any other defendant.

This the 14th day of March, 2013.

        Respectfully Submitted,

        s/ G. Patterson Keahey
        G. Patterson Keahey
        *Attorney for Plaintiff*

LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, AL 35209
Tel: (205) 871-0707
Fax: (205) 871-0801
efile@mesohelp.com

**CERTIFICATE OF SERVICE**

I, G. Patterson Keahey, certify I have this date electronically filed the foregoing with the Clerk of the Court using the ECF electronic filing system which will send notification of such filing to counsel who are ECF participants and I certify I have mailed the document to any non-ECF participants to their regular mailing address via U.S. Mail, postage prepaid.

This the 14th day of March, 2013.

s/ G. Patterson Keahey
G. Patterson Keahey
*Attorney for Plaintiff*
