FILED
 2013 Mar-14  PM 03:54
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **LYNDA M. CREASY,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **vs.** | )    **Civil Action No. CV-11-S-3813-NW** |
| | ) |
| **ARMSTRONG INTERNATIONAL, INC.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER DISMISSING CASE

On March 13, 2013, this court ordered plaintiffs to show cause why their complaint should not be dismissed as to the following defendants for failure to prosecute: Davis Electrical Contractors, Inc.; Durabla Manufacturing Company; Anchor Darling Valve Company; Ingersoll-Dresser Pump Company; Tyco International (U.S.), Inc; and National Service Industries, Inc.[1] Plaintiffs promptly responded by filing a "notice of voluntary dismissal without prejudice" against those defendants.[2] Consequently, all claims asserted by plaintiffs against the above defendants are due to be, and the same hereby are, DISMISSED without prejudice. *See* Fed. R. Civ. P. 4(m) (mandating dismissal without prejudice after a motion from a party, or *sua sponte* after notice to the plaintiffs).

---

[1] Doc. no. 150.

[2] Doc. no. 151.

Plaintiffs assert that their notice of dismissal "does not alter [their] claims against the remaining defendants," and they "reserve the right to pursue all claims they may have against any other defendant."[3] The file in this case indicates that, after dismissing the aforementioned defendants, every defendant has been dismissed either with or without prejudice.[4]  Accordingly, this case is DISMISSED, but without prejudice to plaintiffs' right to refile against the individual defendants who were previously dismissed without prejudice.

Costs are taxed as paid.  The Clerk is directed to close this file.

DONE and ORDERED this 14th day of March, 2013.

_____
United States District Judge

---

[3] *Id.* at 1-2 (alteration supplied).

[4] *See* doc. nos. 109, 100, 112, 114, 120, 122, 125, 128, 130, 135, 136, 137, 139, 142, 143, 145, 147, and 149.